02:50p       cac law         415 421 2510         p. 4

U. S. DISTRICT COURT - DE
MISC. CASE # 05-140

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE ESTATE OF YARON UNGAR, et al.

    Plaintiffs,

v.                          C.A. No. 00 - 105L

THE PALESTINIAN AUTHORITY, et al.

    Defendants



FILED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER

Upon consideration of Plaintiffs' Motion For an Order Pursuant to 28 U.S.C. §1963 Permitting Immediate Registration of Their Judgment Against Defendants PA and PLO in Other Federal Districts, and for the reasons set forth in the Memorandum submitted in support thereof, it is hereby

ORDERED, pursuant to 28 U.S.C. §1963, that the judgment entered in this action on July 13, 2004, against defendants The Palestinian Authority and The Palestine Liberation Organization may be registered instanter in any federal district.

**SO ORDERED**

Date: 5/5/05

                            Ronald R. Lagueux
                            Senior United States District Judge

Attest to
True Copy
DAVID A. D'IMPERIO
By _____
Deputy Clerk