# MCINTYRE, TATE, LYNCH & HOLT LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
WILLIAM F. HOLT
DAVID J. STRACHMAN *
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

July 11, 2005

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 05-140

Re: Estates of Ungar v. The Palestinian Authority, C.A. 00-105 L

Dear Sir/Madame:

Enclosed please find a Certification of Judgment for Registration in Another District and Final Judgment in the above matter for filing with the U.S. District Court District of Delaware. Also enclosed is a filing fee of $39. We wish to register the judgment and begin collection proceedings in your district. Please open a new file and notify us of the file number.

If there is anything further you need or you have any questions, please do not hesitate to call.

Thank you for your courtesy.

Sincerely,

David J. Strachman

FILED
JUL 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DJS/dc

Enclosures

SUITE 400   321 SOUTH MAIN STREET   PROVIDENCE, RI   02903
401-351-7700   FAX 401-331-6095